HAVILAND BUILDING CORPORATION, Appellant, v. JOSEPH SCADRON and Others, Respondents.— Order of August 14, 1934, denying application for costs and allowance, and amending the decision and judgment, reversed on the law, with ten dollars costs and disbursements, and decision, dated July 13, 1934, and judgment, dated July 13, 1934, reinstated. In view of the foregoing determination, the appeal from the order of September 28, 1934, is dismissed, without costs. The court was without authority to amend the decision and judgment. (*Herpe* v. *Herpe*, 225 N. Y. 323.) The court had no power to correct judicial errors of commission or omission. The errors sought to be corrected were not " clerical errors or a mistake in the entry of the judgment or the omission of a right or relief to which a party is entitled as a matter of course." Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

KATHERINE A. V. HORTON, Appellant, v. THE OCEANSIDE LUTHERAN CHURCH, Respondent.— Action to set aside a deed of conveyance, alleged to have been obtained by fraudulent misrepresentations. Judgment dismissing complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

INTERBORO OPERATING CORPORATION, Respondent, v. COMMONWEALTH SECURITY AND MORTGAGE CORPORATION, Appellant.—Order denying defendant's motion to cancel the plaintiff's notice of pendency of action reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The plaintiff, having rescinded and repudiated the contract on the ground of fraud at its inception, cannot have a lien on the premises for its down payment and expenses. (*Elterman* v. *Hyman*, 192 N. Y. 113; *Davis* v. *Rosenzweig Realty Co.*, Id. 128, 133; *Goodman* v. *Schwab*, 136 App. Div. 583.) Stay granted for thirty days pending application for leave to appeal to the Court of Appeals. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Davis, J., concurs as to the granting of a stay, but dissents and votes to affirm the order from which the appeal is taken.

MINNIE ITZKOWITZ, Appellant, v. ANITA M. MANDELBAUM, Respondent.— Action to recover damages for personal injuries sustained by plaintiff when she slipped in the foyer of premises owned by defendant and occupied by defendant's husband, a physician, of whom the plaintiff was a patient. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.